Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−31938−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dhaval H Chitalia
   1213 Plymouth Road
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3210

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              1/8/19
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 13, 2018
JAN: pbf

                                           Jeanne Naughton
                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-31938-MBK
Dhaval H Chitalia                                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2018
                            Form ID: 132             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db              +Dhaval H Chitalia,    1213 Plymouth Road,    North Brunswick, NJ 08902-4591
517853397      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517853396       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517853398       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517853399       +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
517853405       +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517853406       +North Brunswick 1st Aid Res SQ,    PO Box 7043,    North Brunswick, NJ 08902-7043
517853407       +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517853408       +Saint Peters University Hospital,    254 Easton Ave.,    New Brunswick, NJ 08901-1766
517853409       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
517853410       +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:02       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:36:59       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517853400       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 01:36:33       Comenitycb/bjsclub,
                 Po Box 182120,    Columbus, OH 43218-2120
517861922        E-mail/Text: mrdiscen@discover.com Nov 14 2018 01:35:56       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517853401       +E-mail/Text: mrdiscen@discover.com Nov 14 2018 01:35:56       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517853403        E-mail/Text: cio.bncmail@irs.gov Nov 14 2018 01:36:12       Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
                                                                                               TOTAL: 6
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517853404*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517853402*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Dhaval H Chitalia yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                               TOTAL: 4
```